# Court of Appeals of the State of Georgia

ATLANTA,  November 30, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0108. STEPHEN WILLIAMS v. DANA S. BOULWARE.**

Stephen Zach Williams filed this application for discretionary appeal seeking review of the trial court's oral order granting a twelve month family violence protective order to Dana S. Boulware and her minor child. We lack jurisdiction.

The record contains no written order entering the twelve month family protective order. "It is elementary that an oral order is not . . . appealable until and unless it is reduced to writing, signed by the judge, and filed with the clerk." *Edmondson v. State*, 285 Ga. App. 543, 545 (2) (647 SE2d 92) (2007) (punctuation omitted). Because the record contains no written order entering the twelve month family protective order, we lack jurisdiction to consider this application which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/30/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*